Case 2:04-cv-05136-AAM   Document 20   Filed 10/04/05

David M. Rose
Minnick-Hayner
P.O. Box 1757
Walla Walla, WA 99362

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT - 4 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RANDY BUCHANAN,<br><br>Plaintiff,<br><br>v.<br><br>WALLA WALLA COUNTY, DEPUTY STEVEN DUEHN, in his personal and official capacity, and MARY & DOUG LUNDGREN, a marital community<br><br>Defendants. | CASE NO. CV 04-5136-AAM<br><br>ORDER DISMISSING DEFENDANTS DOUGLAS AND MARY LUNDGREN |

Based upon the Motion of Defendants Douglas and Mary Lundgren, and the written Stipulation of the parties filed with this court on July 26, 2005, at docket number 11, and good cause appearing therefore

IT IS HEREBY ORDERED that Douglas and Mary Lundgren are dismissed from this action with prejudice, with each side to bear their own costs and attorney's fees.

DATED this 4 day of October, 2005.

_____
U.S. District Court Judge

Order Dismissing Defendants Douglas and Mary Lundgren - Page 1

RECEIVED
OCT 04 2005
U.S. DISTRICT COURT
YAKIMA, WA
Minnick • Hayner
attorneys at law

249 W. Alder - PO Box 1757
Walla Walla, WA 99362
Phone (509) 527-3500